# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>VICTOR HUGO GUTAMA,  )<br>a/k/a Hugo Gutama,  )<br>)<br>Defendant.  ) | No.: 2:18-cv-00175-RSL<br><br>**SECOND STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE STAY**<br><br>**NOTE ON MOTION CALENDAR: 8/31/2018** |

The United States of America ("United States" or "Plaintiff") and Victor Hugo Gutama, also known as Hugo Gutama ("Defendant"), (together, the "Parties") stipulate and jointly move, pursuant to W.D. Wash. LCR 10(g), for entry of an order continuing to stay all proceedings and deadlines in this matter for an additional 14 days, until September 17, 2018. In support of their request, the Parties state the following:

1. On February 5, 2018, Plaintiff filed a Complaint to Revoke Naturalization under 8 U.S.C. § 1451(a), seeking, *inter alia*, judgment revoking and setting aside Defendant's naturalization and cancelling his certificate of naturalization. Dkt. # 1.

SECOND STIPULATED MOTION TO STAY CASE
[Case No.: 2:18-cv-00175-RSL] - 1

**U.S. Department of Justice**
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 598-8717

2. On April 9, 2018, pursuant to the Parties' stipulated motion, the Court entered an Order staying all proceedings and deadlines in this matter. Dkt. ## 10, 11. The stay was granted to provide the Parties with additional time to engage in discussions concerning whether this case might be resolved without further litigation and, if necessary, seek appropriate approval for any agreement. Dkt. # 10 at ¶ 4. The Court subsequently entered an Order continuing the stay for an additional 60 days, pursuant to the Parties' stipulated motion requesting additional time to work toward a potential resolution. Dkt. ## 13, 14.

3. Although the Parties have been trying to determine whether this case might be resolved without further litigation, they require an additional brief continuance of the stay to work toward a potential resolution. Specifically, the Parties request that this matter be stayed for an additional 14 days, at which time they propose to file a motion to govern further proceedings or file a status report updating the Court of any developments with a proposal to govern further proceedings.

WHEREFORE, the Parties request that the Court grant this stipulated motion and continue to stay all proceedings and deadlines in this matter for an additional 14 days, until September 17, 2018, at which time the Parties propose to file a motion to govern further proceedings or file a status report updating the Court of any developments with a proposal to govern further proceedings.

Dated: August 31, 2018

Respectfully submitted,

/s/ Jay Gairson (by TMP w/ permission)
Jay Gairson, Esq.
Gairson Law, LLC
4606 Martin Luther King Jr Wy S

SECOND STIPULATED MOTION TO STAY CASE
[Case No.: 2:18-cv-00175-RSL] - 2

U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 598-8717

Seattle, Washington 98108
(206) 357-4218
jay@gairson.com

**Attorney for Victor Hugo Gutama**

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

/s/ T. Monique Peoples
T. MONIQUE PEOPLES, DC Bar #973962
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8717
Fax: (202) 305-7000
monique.peoples@usdoj.gov

**Attorneys for the United States**

DATED: Sept. 6, 2018.
IT IS SO ORDERED.

_____
Hon. Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION TO STAY CASE
[Case No.: 2:18-cv-00175-RSL] - 3

U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 598-8717