UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR HUGO GUTAMA,<br>a/k/a Hugo Gutama,<br><br>　　　　Defendant. | No.: 2:18-cv-00175<br><br>[PROPOSED] CONSENT JUDGMENT REVOKING NATURALIZATION |

The Court, having considered: the Complaint having been filed by the United States of America ("United States" or "Plaintiff") against Victor Hugo Gutama, also known as Hugo Gutama ("Defendant"); Defendant having been advised by counsel; this Court having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; the parties having filed a Joint Motion for Consent Judgment; and Defendant having admitted that he illegally procured his naturalization as described in Count I of the Complaint; it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1) The Stipulated Motion for Consent Judgment of Denaturalization is GRANTED;

[PROPOSED] CONSENT JUDGMENT
REVOKING NATURALIZATION
[Case No.: 2:18-cv-00175] - 1

U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 598-8717

(2) In accordance with the Stipulated Motion for Consent Judgment of Denaturalization, judgment is ENTERED in favor of the United States and against Defendant;

(3) The Court FINDS and DECLARES that Defendant illegally procured his U.S. citizenship;

(4) The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as the original date of the order, March 28, 2002;

(5) Certificate of Naturalization No. 26945517 is CANCELLED, effective as of the original date of the order, March 28, 2002;

(6) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences U.S. citizenship obtained as a result of his March 28, 2002, naturalization; and

(7) Defendant shall, within ten days of this Order, surrender and deliver Certificate of Naturalization No. 26945517, any and all U.S. passports, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to undersigned counsel for the United States, T. Monique Peoples.

~~(8) The Parties, including Defendant personally, shall appear in person for a compliance hearing on _____, 2018, at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be cancelled.~~ *[struck through, initialed RSL]*

[PROPOSED] CONSENT JUDGMENT
REVOKING NATURALIZATION
[Case No.: 2:18-cv-00175] - 2

U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 598-8717

1 | Defendant is represented by legal counsel in this case who has explained to him his rights and responsibilities contained in this consent judgment. Defendant agrees to the revocation of his U.S. citizenship knowingly, voluntarily, without duress or compulsion of any kind from the United States or any other individual or entity, and with full knowledge of the consequences.

The parties waive all rights to seek judicial review or otherwise contest the validity of this Order. Each party will bear its own costs and fees incurred in this action.

IT IS FURTHER ORDERED THAT the Court shall retain jurisdiction over this action for the purposes of ensuring compliance with this Order, until the government provides notice that Defendant has fully complied and this Order is satisfied.

IT IS SO ORDERED:

DATED at Seattle, Washington, this 18th day of September, 2018.

BY THE COURT:

*[signature]*

**Hon. Robert S. Lasnik**
United States District Judge

[PROPOSED] CONSENT JUDGMENT
REVOKING NATURALIZATION
[Case No.: 2:18-cv-00175] - 3

**U.S. Department of Justice**
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 598-8717